# Exhibit B

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Sex Offender Supervision Unit (SOSU)
1110 S. Oakley Blvd. • Chicago, IL  60612 • (312) 633-3900 Fax: (312) 633-3909 TDD: (800) 526-0844

**This policy is designed to allow qualified paroled Sex Offenders, under the supervision of The Illinois Department of Corrections, access to the Internet.**

*Initial implementation will begin August 10, 2018*

**This policy is created in conjunction with 730 ILCS 5/3-3/7, The Illinois Prisoner Review Board, the Illinois Department of Corrections Administrative Directives, Rules and Parole Directives.**

**Persons convicted of Internet related sex offenses will not be allowed access to the Internet.**

**All Internet access requests will be on a case by case basis and reviewed by the Sex Offender Supervision Unit Containment Team.**

## Any Sex Offender who is granted access to the Internet shall be subject to the following restrictions:

WILL NOT: Visit, access, download, or use any website, computer program, or application which qualifies as a dating website or dating application.

WILL NOT: Visit, access, download, or use any website, computer program, or application in order to share, view, download, upload, or discuss pornographic or sexual material.

WILL NOT: Visit, access, download, upload, or use any website which focuses primarily on blogs, forum, and/or discussion groups.

WILL NOT: Visit, access, download, upload, or use any website, computer program, or application designed for the specific purpose of anonymizing, masking, spoofing, or otherwise obscuring the user's IP address, browsing history, messages, emails, postings, data uploads, or other similar actions from later investigation or review. This is not intended to apply to automated data encryption protocols involved in data transfer by Internet-capable devices.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

1

**www.illinois.gov/idoc**

WILL NOT: Visit, access, download, upload, install or use any scrubbing device on any Internet-capable device used by the offender. This includes any website, computer program, or application which is designed to transmit data, including, but not limited to, documents, images, photos, or written messages, and which subsequently deletes the data or transfer history or both as an automated function of the website or application.

WILL NOT: Visit, access, download, install or use any applications or direct links to Social Media Web Sites including but not limited to; Facebook, Instagram, Twitter, Snapchat, Tumblr, Black Planet, Café Mom, Buzz Net, Classmates.com, Couchsurfing.

WILL NOT: Access the internet without monitoring software installed on an approved desk top or lap top computer.  Monitoring software will be purchased at the expense of the Parolee and will only be installed with an IDOC Parole Agent present.  IDOC's Department of Parole will receive results of monitoring software.  Parolees will provide to IDOC and register all email addresses, profiles, user names and passwords for computers, lap tops and programs associated to the Parolee's internet use.