IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON TUCKER, DANIEL BARRON, on behalf of themselves and all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN BALDWIN, in his official capacity as Director of the Illinois Department of Corrections, <br><br> Defendant. | Case No. 18 CV 3154 <br><br> Judge Lee <br> Magistrate Judge Martin |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

Plaintiffs, through counsel, respectfully request that this Court grant them leave to file an amended complaint within 21 days. In support thereof, Plaintiffs state as follows:

1. This is a §1983 case challenging the constitutionality the Illinois Department of Corrections' ("the Department") policy restricting individuals who are required to register as sex offenders from having access to the Internet while they are on mandatory supervised release ("MSR"). Plaintiffs' Complaint, ECF No. 1, filed 05/02/18.

2. In conjunction with Plaintiffs' Complaint, Plaintiffs filed a motion for preliminary injunction in which Plaintiffs sought to prohibit the Department from continuing to enforce its unconstitutional policy. Plaintiffs' Motion for a Preliminary Injunction, ECF No. 8, filed 06/04/18.

3.     In response to Plaintiffs' motion for preliminary injunction, Defendant changed its Internet policy, promulgating a new written policy on July 10, 2018. See Defendant's Combined Memorandum In Support of his Motion to Dismiss and in Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 19, filed 07/10/18.

4.     Based on Defendant's having promulgated a new Internet policy, Plaintiffs' challenge to the constitutionality of the old Internet policy is now moot, and accordingly it would be futile for the parties to proceed with any further briefing of these matters. Plaintiffs believe that new policy remains constitutionally infirm and request leave to file an amended complaint setting forth their claims that the new policy is unconstitutional within 21 days (by August 10, 2018).

5.     Currently, a briefing schedule is in place regarding Plaintiffs' motion for preliminary injunction and Defendant's Motion to Dismiss. See Minute Order, ECF No. 24, filed 7/11/18. But based on Defendant's having promulgated a new Internet policy, this briefing schedule should be abandoned.[1]

6.     Plaintiffs' counsel contacted Defendant's counsel on Friday, July 20 2018, to discuss this motion, and Defendant's counsel indicated that it was unopposed.

---

[1]     Plaintiffs are scheduled to submit a reply to Plaintiffs Response to Plaintiffs' Motion for Preliminary Injunction on 7/24/18 and are scheduled to respond to Defendant's Motion to Dismiss on 8/7/18, with Defendant's reply due on 8/21/18. See Dkt. 24.

**CONCLUSION**

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grants Plaintiffs leave to amend their complaint within 21 days to address the Department's new Internet policy.

Respectfully submitted,

/s/ Mark G. Weinberg
/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
773-283-3913

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
847-361-3869